IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | : | |
| Plaintiff | : | Case No. 2:03-cv-1186 |
| v. | : | Judge Marbley |
| Dennis Finley, | : | Magistrate Judge Abel |
| Defendant | : | |

## Order

This matter is before the Court on Magistrate Judge Mark R. Abel's July 26, 2006 Report and Recommendation that judgment be entered in favor of DirecTV and against defendant Dennis Finley in the amount of $10,000.00, plus DIRECTV's attorney's fees.

No objections have been filed to the Report and Recommendation. Upon *de novo* review as required by 28 U.S.C. §636(b)(1)(B), the Court ADOPTS the Report and Recommendation. The Clerk of Court is DIRECTED to enter JUDGMENT in favor of DirecTV and against defendant Dennis Finley in the amount of $10,000.00, plus DIRECTV's attorney's fees.

    s/Algenon L. Marbley
Algenon L. Marbley, Judge
United States District Court